# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Manuel L. Gomez-Gonzalez,

      Petitioner,

v.

United States of America,

      Respondent.

_____

Civil No.: 07-cv-3894 (JMR/JJG)

**ORDER**

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:  Petitioner Manuel Gomez-Gonzalez's Emergency Motion for Temporary Restraining Order Prohibiting Relocation of Petitioner (Doc. No. 5) is **DENIED**.

Dated: October 29, 2007

                                    s/ James M. Rosenbaum
                                    JAMES M. ROSENBAUM
                                    United States Chief District Judge